374 A.2d 710

Commonwealth v. Silverman, Appellant.

Argued April 12, 1977.   Paulette J. Balogh, Appellate Counsel, with her Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

VAN der VOORT, J., absent.

374 A.2d 710

Commonwealth v. Simmons, Appellant.

Submitted November 8, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.